1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Fernando Gastelum,

       Plaintiff,

v.

Pride Hospitality Incorporated,

       Defendant.

**NO. CV-17-03607-PHX-GMS**

**JUDGMENT IN A CIVIL CASE**

Pursuant to Defendant Pride Hospitality Incorporated d/b/a La Quinta Inn & Suites Phoenix I-10 West having accepted an offer of judgment, judgment is hereby entered against Defendant Pride Hospitality Incorporated with Plaintiff's costs then accrued as follows:

Defendant will (within 60 days) identify and describe on its website the accessible features found in each of the following areas of the hotel: (1) Parking and Loading Zone; (2) Exterior Routes; (3) Building Entrances & Lobby; (4) Interior Routes; (5) Public/Common Use Restrooms; (6) Accessible Guestrooms and Suites; (7) Accessible Guestroom Bathrooms; and (8) Pool/Spa area.

Defendant will (within 60 days) communicate the above referenced accessible features to all third party booking agents who facilitate online or telephonic reservations for Defendant's hotel.

Defendant will (within 60 days) modify its policies, practices and procedures to ensure that individuals who require mobility and/or ambulatory assistance can make

reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not require mobility and/or ambulatory assistance.

Defendant shall within 90 days identify mobility accessibility features at its hotel that do not comply with the 2010 Standards of Accessibility Design and shall, within 12 months, remove barriers to mobility accessibility to the extent that such removal is readily achievable.

This action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

January 8, 2018

By    s/ Rebecca Kobza
Deputy Clerk